

# Fourth Court of Appeals
## San Antonio, Texas

October 26, 2016

No. 04-16-00595-CV

Jonathan T. **DRUMMOND**,
Appellant

v.

Deanna Lynn **DRUMMOND**,
Appellee

From the 438th Judicial District Court, Bexar County, Texas
Trial Court No. 2010-CI-09881
Honorable Gloria Saldana, Judge Presiding

## O R D E R

On October 20, 2016, we ordered Appellant to provide written proof to this court by October 31, 2016, that either (1) the clerk's fee has been paid or arrangements have been made to pay the clerk's fee, or (2) Appellants are entitled to appeal without paying the clerk's fee.

On October 24, 2016, Appellant provided written proof to this court that the clerk's record fee has been paid; our October 20, 2016 clerk's record order is satisfied.

We ORDER the district clerk to file the clerk's record with this court within FIFTEEN DAYS of the date of this order.

Patricia O. Alvarez, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 26th day of October, 2016.

Keith E. Hottle
Clerk of Court